# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

THADDEUS JEFFERY JOHNSON,
SR, INDIVIDUALLY, CANDACE
HOWARD, INDIVIDUALLY AND ON
BEHALF OF THEIR MINOR CHILD
THADDEUS JEFFERY JOHNSON,
JR. (DECEASED)

VERSUS

C'S TRANSPORTATION SERVICES
LLC, AMERICAN SERVICE
INSURANCE COMPANY, INC.,
CHARLES SANDERS AND DELACY
DIANE HOWARD

NO.  2019 CW 1127

**NOV 2 5 2019**

---

In Re:  C's Transportation Services, LLC, applying for
supervisory writs, 23rd Judicial District Court,
Parish of Ascension, No. 118283.

---

**BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ.**

    **WRIT GRANTED WITH ORDER.**  The district court's July 17,
2019 judgment is a final, appealable judgment. <u>See</u> La. Code
Civ. P. art. 1915.  Thus, the writ application is granted for
the limited purpose of remanding this matter to the district
court with instructions to grant an appeal to the defendant, C's
Transportation Services, LLC, pursuant to the notice of intent
to seek supervisory writs filed on August 5, 2019. <u>See</u> **In Re
Howard**, 541 So.2d 195 (La. 1989) (per curiam).  In the event the
defendant seeks to appeal the district court's judgment, it
shall submit a new order for appeal to the district court within
fifteen days of this court's order.  Additionally, a copy of
this court's order is to be included in the appellate record.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_Ranee L Reed_
DEPUTY CLERK OF COURT
FOR THE COURT